1  HEATHER C. YAKELY
2  Evans, Craven & Lackie, P.S.
   818 W. Riverside Ave., Suite 250
3  Spokane, WA 99201-0910
4  (509) 455-5200
   hyakely@ecl-law.com
5  Attorneys for Defendant

6

7              UNITED STATES DISTRICT COURT
8          FOR THE EASTERN DISTRICT OF WASHINGTON

9

10  ERIN FRANKLIN, as an individual          Case No.
    plaintiff, and the ESTATE OF JOHN
11  FRANKLIN, by and through Personal        Spokane County Superior Court Case
    Representative Erin Franklin;            No. 23-2-04486-32
12  BROCK FRANKLIN, BLAKE
13  FRANKLIN, and AVERY                      NOTICE OF REMOVAL OF
    FRANKLIN,                                ACTION BY DEFENDANT
14                                           PURSUANT TO 28 U.S.C. §1441
15                      Plaintiff(s),

16
    vs.
17

18  INTER-CON SECURITY
    SYSTEMS, INC, and its Parent
19  Company TBD, by and through
20  others TBD,

21                      Defendant(s).

22

23
    **TO:        Clerk of the Court**
24

25

26
    NOTICE OF REMOVAL OF ACTION BY DEFENDANTS PURSUANT
27  TO 28 U.S.C. §1441- page 1

                                             EVANS, CRAVEN
                                              & LACKIE, P.S.
                                             818 W. Riverside, Suite 250
                                             Spokane, WA 99201-0910
                                             (509) 455-5200; fax (509) 455-3632

1  **AND TO:    Attorneys of Record for Plaintiffs, Erin Franklin, Estate of John**

2  **Franklin, by and through Erin Franklin, Brock Franklin, and**

3  **Avery Franklin**

4  PLEASE TAKE NOTICE that Defendant INTER-CON SECURITY

5  SYSTEMS, INC. (hereinafter "Defendant" or "Inter-Con") hereby removes the

6  state court action described below to the Federal District Court for the Eastern

7  District of Washington.

8  **1.    Identification of State Court Action Being Removed**

9  The state court action being removed is captioned *Erin Franklin, et al.,*

10  *Plaintiff v. Inter-Con Security Systems, Inc., et al., Defendants*. The state court

11  action is filed under Spokane County Superior Court Case No. 23-2-04486-32.

12  The state court action was filed on October 23, 2023, and was served on Defendant

13  Inter-Con Security Systems, Inc. on or about October 26, 2023.

14  **2.    Original Jurisdiction of Federal District Court – Diversity**

15  **Jurisdiction**

16  <u>Complete Diversity</u>

17  Plaintiff Erin Franklin alleges that she is a resident of Spokane County,

18  Washington. Exhibit A, Compl. ¶ 1.1.  Plaintiff Erin Franklin further alleges (1)

19  she is acting on her own behalf as a plaintiff, as well as on the behalf of (2)

20  Plaintiff Estate of John Franklin; (3) adult son Brock Franklin; (4) adult son

21  Blake Franklin; and (5) minor daughter Avery Franklin.  <u>Id.</u> at ¶ 1.3. Plaintiff

22  Erin Franklin further alleges John Franklin, now deceased, was a resident of

23  Spokane County, Washington, and her husband.  <u>Id.</u> at ¶ 1.5. Plaintiff Brock

24  Franklin is a resident of Spokane County, Washington. <u>Id.</u> at ¶ 1.9.

25

26

27   NOTICE OF REMOVAL OF ACTION BY DEFENDANTS PURSUANT
To 28 U.S.C. §1441- page 2


818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1   Inter-Con is a California corporation with a principal place of business

2   located at 210 South De Lacey Avenue, Pasadena, California 91105. Attached as

3   Exhibit B is the Declaration of Caitlin R. Johnson, Inter-Con's Assistant General

4   Counsel of Litigation. Inter-Con is not a citizen of Washington. Accordingly,

5   there is complete diversity among the parties and removal is appropriate pursuant

6   to 28 U.S.C. § 1332(c)(1).

7   Amount in Controversy

8   The amount in controversy in this dispute exceeds $75,000, exclusive of

9   interest and/or costs. The Complaint purports to allege claims of wrongful death

10  (of the deceased, John Franklin), assault and battery (of Plaintiff Brock

11  Franklin), negligent training and supervision, and intentional infliction of

12  emotional distress.  *See generally*, Exhibit A, Compl.  The nature of Plaintiffs'

13  claims clearly exceeds the jurisdictional threshold of $75,000, exclusive of

14  interest and/or costs. The Complaint seeks substantial damages from Defendant,

15  including:

16          a.    Compensatory damages for the Estate of John Franklin for

17                the damages allegedly sustained prior to Mr. Franklin's death;

18          b.    Compensatory damages for Plaintiff Erin Franklin and her

19                three surviving children;

20          c.    Spousal loss of consortium for Plaintiff Erin Franklin;

21          d.    Parental loss of consortium for the deceased's three surviving

22                children.

23  *See generally*, Exhibit A, Compl. Considering all of Plaintiffs' alleged

24  damages, if Plaintiffs were to succeed at trial recovery would likely exceed

25  $75,000.

26

27  NOTICE OF REMOVAL OF ACTION BY DEFENDANTS PURSUANT
    TO 28 U.S.C. §1441- page 3



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

**3.    District and Division Embracing the Place Where the Action Is Pending**

This state court action is removeable under 28 U.S.C. § 1441 because the action being removed is pending in the Spokane County Superior Court and Spokane County falls with the geographic boundaries of the Federal District Court for the Eastern District of Washington.

**4.    Timely Removal**

Removal is timely under 28 U.S.C. § 1446(b) because removal has been perfected within 30 days of receipt of the state court action by the Defendant.

**5.    Copies of Process, Pleadings and Orders Served Upon Defendant**

On or about October 26, 2023, Defendant was properly served with process via its registered agent for service of process.  A copy of the Complaint and related pleadings are attached hereto as Exhibit A.

DATED:  November 16, 2023

EVANS, CRAVEN & LACKIE, P.S.

By _____

HEATHER C. YAKELY, WSBA #28848
Attorneys for Defendant

NOTICE OF REMOVAL OF ACTION BY DEFENDANTS PURSUANT
TO 28 U.S.C. §1441- page 4



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1

## **CERTIFICATE OF SERVICE**

2

3      I hereby certify under penalty of perjury of the laws of the United States,

4      that on the 16th day of November 2023, the foregoing was served on the

5      following persons as indicated below:

6

| ***Counsel for Plaintiffs***<br>Mary Schultz<br>Mary Schultz Law, P.S.<br>2111 E. Red Barn Lane<br>Spangle, WA 99031<br>Tel: (509) 245-3522, Ext. 1<br>Email: Mary@MSchultz.com | Regular mail, postage prepaid | ☐ |
|---|---|---|
| | Personal delivery | ☐ |
| | Email per electronic service agreement | ☒ |
| | Other: | ☐ |

7

8

9

10

11

12

13

14

15      By ___/s/Heather C. Yakely_____

16      HEATHER C. YAKELY, WSBA #28848
       818 W. Riverside Ave., Ste. 250
       Spokane, WA 99201
17      (509) 455-5200

18      hyakely@ecl-law.com
       Attorneys for Defendant

19

20

21

22

23

24

25

26

27      NOTICE OF REMOVAL OF ACTION BY DEFENDANTS PURSUANT
       TO 28 U.S.C. §1441- page 5



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632