The Hon. Thomas O. Rice

HEATHER C. YAKELY
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, WA 99201-0910
(509) 455-5200
hyakely@ecl-law.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIN FRANKLIN, as an individual plaintiff, and the ESTATE OF JOHN FRANKLIN, by and through Personal Representative Erin Franklin; BROCK FRANKLIN, BLAKE FRANKLIN, and AVERY FRANKLIN,<br><br>           Plaintiff(s),<br><br>vs.<br><br>INTER-CON SECURITY SYSTEMS, INC, and its Parent Company TBD, by and through others TBD,<br><br>           Defendant(s). | Case No. 2:23-cv-00338-TOR<br><br>Spokane County Superior Court Case No. 23-2-04486-32<br><br>NON-OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT |

Defendant, by and through their counsel of record, Heather C. Yakely, hereby files its non-opposition to Plaintiffs' Motion to Amend Complaint. While Defendant does not agree with facts asserted, contentions raised, or interpretation of the law set forth in Plaintiffs' Motion, Defendant believes it is in the interests of judicial economy not to oppose the Motion.

NON-OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT - page 1

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1  DATED: December 22, 2023

2

3                                              EVANS, CRAVEN & LACKIE, P.S.

4

5                                              By _____
                                               HEATHER C. YAKELY, WSBA #28848
6                                              Attorneys for Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  NON-OPPOSITION TO PLAINTIFFS' MOTION TO AMEND
    COMPLAINT - page 2

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury of the laws of the United States, that on the 22nd day of December 2023, the foregoing was served on the following persons as indicated below:

| **_Counsel for Plaintiffs_**<br>Mary Schultz<br>Mary Schultz Law, P.S.<br>2111 E. Red Barn Lane<br>Spangle, WA 99031<br>Tel: (509) 245-3522, Ext. 1<br>Email: Mary@MSchultz.com | Regular mail, postage prepaid | ☐ |
|---|---|---|
| | Personal delivery | ☐ |
| | Email per electronic service agreement | ☒ |
| | Other: | ☐ |

By   /s/Heather C. Yakely
HEATHER C. YAKELY, WSBA #28848
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
hyakely@ecl-law.com
Attorneys for Defendant

NON-OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT - page 3



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632