MARY SCHULTZ  
MARY SCHULTZ LAW, P.S.  
2111 E. Red Barn Lane  
Spangle, WA 99031  
Tel: (509) 245-3522, Ext. 1  
E-mail: Mary@MSchultz.com  

*Attorney for Plaintiffs*

The Hon. Thomas O. Rice

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIN FRANKLIN, as an individual Plaintiff, and the ESTATE of JOHN FRANKLIN, by and through Personal Representative Erin Franklin; BROCK FRANKLIN, BLAKE FRANKLIN, and AVERY FRANKLIN,<br><br>      Plaintiffs,<br><br>v.<br><br>INTER-CON SECURITY SYSTEMS, INC, and its Parent Company Inter-Con Security Services, Inc., by and through Jordan McGhee, and Jordan McGhee, in his individual and personal capacity,<br><br>      Defendants. | Case No. 2:23-cv-00338-TOR<br><br>REPLY DECLARATION OF MARY SCHULTZ RE FEES<br><br>Hearing Date: March 4, 2024<br>*Without Oral Argument* |

  Mary Schultz, being duly sworn upon oath, declares and states as follows:

  1. I am the Plaintiffs' attorney.

REPLY DECLARATION IN SUPPORT OF MOTION FOR ATTORNEY FEES  
Page 1 of 4

2111 E. Red Barn Lane  
Spangle, WA 99031  
(509) 245-3522  
Mary@MSchultz.com

2.   I would not name an individual as a defendant causing a wrongful death by homicide absent proper evidence. A newspaper article is not that evidence. I took good faith steps to ensure Mr. McGhee's identity as best as I could before first naming him as the shooter in the first amended federal complaint. ECF 5, paras. 2-6, 19-24.

3.   Defendant Inter-Con, Inc. did not answer the original state court complaint served on it on October 26, 2023, (ECF 5-1), nor has it yet answered the first amended complaint filed in this court on December 1, 2023 (ECF 3), with that amendment granted on January 22, 2024. ECF 15.

4.   Both parties' counsel filed a "joint status report" in the Spokane County Superior Court last week pursuant to this Court's remand order, so that a case scheduling order could issue. Both parties noted that Defendant had not yet answered the complaint, but has committed to doing so this week.

5.   Defendant Inter-Con has not answered any interrogatory nor produced any document in response to the discovery served on it on October 26, 2023, the date of service of the complaint. (ECF 5, para. 18).

REPLY DECLARATION IN SUPPORT OF MOTION FOR ATTORNEY FEES
Page 2 of 4



2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Signed at Spokane County, Washington on this 22nd day of February, 2024.

MARY SCHULTZ LAW, P.S.

<u>/s/Mary Schultz</u>
Mary Schultz, WSBA #14198
Attorney for Plaintiffs
Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, Washington 99031
Tel: (509) 245-3522, Ext. 1
E-mail: Mary@MSchultz.com

REPLY DECLARATION IN SUPPORT OF MOTION FOR ATTORNEY FEES
Page 3 of 4



2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 22nd day of February, 2024, she filed and served the foregoing document to all counsel and parties using the Eastern District of Washington's electronic CM/ECF system, which will automatically serve notice to all attorneys who have appeared in this action and registered with the U.S. District Courts' e-filing system. Plaintiffs are not aware of any non-CM/ECF participants.

Dated this 22nd day of February, 2024.

MARY SCHULTZ LAW, P.S.

/s/Mary Schultz
Mary Schultz, WSBA # 14198
Attorney for Plaintiffs
Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
Tel: (509) 245-3522, Ext. 1
E-mail: Mary@MSchultz.com

REPLY DECLARATION IN SUPPORT OF MOTION FOR ATTORNEY FEES
Page 4 of 4



2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com